IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:20-CR-120-D

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>) **ORDER**<br>STYE LAMAR COLEMAN, )<br>)<br>Defendant. ) | |

Not later than January 5, 2026, the United States SHALL respond to defendant's motions for compassionate release [D.E. 52, 56].

SO ORDERED. This 5 day of December, 2025.

JAMES C. DEVER III
United States District Judge