IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:20-CR-120-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| STYE LAMAR COLEMAN, ) | |
| ) | |
| Defendant. ) | |

For the reasons stated in the United States' response in opposition [D.E. 59], the court DENIES defendant's pro se motions for compassionate release [D.E. 52, 56].

SO ORDERED. This 9 day of January, 2026.

JAMES C. DEVER III
United States District Judge